# In the United States District Court for the Southern District Of Georgia Brunswick Division

| | | |
|---|---|---|
| TRENELL J. COLEMAN, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-79 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's July 20, 2016, Report and Recommendation, dkt. no. 5, to which Petitioner Trenell Coleman ("Coleman") has filed Objections, dkt. no. 7. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Coleman's Objections. Consequently, the Court **DISMISSES** Coleman's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, **DISMISSES** Coleman's Motion for Writ of Praecipe, and **DENIES** Coleman leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23 day of September, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA